ORIGINAL

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
MAY 24 2000
at 8 o'clock and — min. A M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>vs.<br><br>MAI HUYNH,<br><br>Defendant(s). | ) | CR 00-00217 SOM (01)<br><br>U S PASSPORT<br>LISTED IN THE NAME OF<br>DANG, MABLE<br>EXPIRATION: 15/JUN/2008 |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 1 2007
at 9 o'clock and 51 min. a M
SUE BEITIA, CLERK

NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number 120588542 issued at HONOLULU, on 16/JUN/1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on May 24, 2000 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth: 20/JUN/1951

Place of Birth: VIETNAM

Dated at Honolulu, Hawaii on May 24, 2000.

WALTER A.Y.H. CHINN, Clerk

SEAL

By: [signature]
Deputy Clerk

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 2/1/07

Signature: [signature] atty for
Owner of Passport